IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT HILARIDES, dba HILARIDES DAIRY, dba HILLARIDES TRANSPORTATION and dba SIERRA CATTLE COMPANY, and DOES 1-20 INCLUSIVE,<br><br>    Defendants. | 1:12-cv-0294 AWI DLB<br><br>ORDER VACATING HEARING DATE OF DECEMBER 3, 2012 AND TAKING MATTER UNDER SUBMISSION |

    In this action for damages under the Fair Labor Standards Act, defendant Robert Hilarides, dba Hilarides Dairy and Hilarides Transportation ("Defendant) has moved for summary adjudication on the claim of plaintiff Kevin Williams ("Plaintiff") that Plaintiff is entitled to collect unpaid overtime wages.  The matter was set for oral argument to be held on December 3, 2012.  The Court has reviewed Defendant's Motion, the opposition, Defendant's reply, the accompanying documents, and the applicable law, and has determined that the Motion is suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 3, 2012, is VACATED, and no party shall appear at that time.  As of December 3, 2012, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 28, 2012

                                                              UNITED STATES DISTRICT JUDGE