1  Walter W. Whelan, Esq.  (SBN 106655)
   E-mail: walt@whelanlawgroup.com
2  Brian D. Whelan, Esq.  (SBN 256534)
   E-mail: brian@whelanlawgroup.com
3  WHELAN LAW GROUP, A Professional Corporation
   7447 North First Street, Suite 201
4  Fresno, California   93720
   Telephone: (559) 437-1079
5  Facsimile:  (559) 437-1720

6  Attorney for:   Plaintiff KEVIN WILLIAMS

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  KEVIN WILLIAMS,               )   Case No. 1:12-CV-00294-AWI-DLB
                                  )
12         Plaintiff,              )
                                  )   **STIPULATION RE DISMISSAL OF**
13         v.                      )   **ACTION; ORDER THEREON**
                                  )
14  ROBERT HILARIDES, DBA HILARIDES )
    DAIRY, DBA HILARIDES            )
15  TRANSPORTATION, and DBA SIERRA )
    CATTLE COMPANY, and DOES 1 through )
16  20, inclusive,                  )
                                  )
17         Defendants.              )
                                  )

18

19         THE PARTIES HEREIN, by and through their respective attorneys of record,

20  hereby stipulate, pursuant to a separate confidential settlement agreement and release of all

21  claims, that this case should be dismissed immediately with prejudice.

22

23  Dated: February 19, 2013         WHELAN LAW GROUP,
                                      A Professional Corporation
24

25                                    /S/
                                      By Brian D. Whelan,
26                                    Attorneys for Plaintiff KEVIN WILLIAMS

27

28

Whelan Law Group,
A Professional Corporation
7447 N. First St., Ste. 201
Fresno, CA 93720
559-437-1079
559-437-1720

1

**STIPULATION RE DIMISSAL OF ACTION; ORDER THEREON**

| | | |
|---|---|---|
| 1 | Dated: February 19 2013 | BARSAMIAN & MOODY |
| 2 | | |
| 3 | | /S/ |
| | | By Patrick S. Moody, |
| | | Attorneys for Defendant ROBERT HILARIDES, |
| 4 | | DBA HILARIDES DAIRY, DBA HILARIDES |
| | | TRANSPORTATION, and DBA SIERRA |
| 5 | | CATTLE COMPANY |

### ORDER

IT IS HEREBY ORDERED that pursuant to the stipulation of the parties this case is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   February 21, 2013

_____
SENIOR DISTRICT JUDGE

Whelan Law Group,
A Professional Corporation
7447 N. First St., Ste. 201
Fresno, CA 93720
559-437-1079
559-437-1720