Walter W. Whelan, Esq.  (SBN 106655)
E-mail: walt@whelanlawgroup.com
Brian D. Whelan, Esq.  (SBN 256534)
E-mail: brian@whelanlawgroup.com
**WHELAN LAW GROUP, A Professional Corporation**
7447 North First Street, Suite 201
Fresno, California   93720
Telephone: (559) 437-1079
Facsimile:  (559) 437-1720

Attorney for:   Plaintiff KEVIN WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WILLIAMS, | Case No. 1:12-CV-00294-AWI-DLB |
| Plaintiff, | |
| v. | **STIPULATION RE DISMISSAL OF ACTION; ORDER THEREON** |
| ROBERT HILARIDES, DBA HILARIDES DAIRY, DBA HILARIDES TRANSPORTATION, and DBA SIERRA CATTLE COMPANY, and DOES 1 through 20, inclusive, | |
| Defendants. | |

THE PARTIES HEREIN, by and through their respective attorneys of record, hereby stipulate, pursuant to a separate confidential settlement agreement and release of all claims, that this case should be dismissed immediately with prejudice.

Dated: February 19, 2013     WHELAN LAW GROUP,
                              A Professional Corporation


                              /S/
                              By Brian D. Whelan,
                              Attorneys for Plaintiff KEVIN WILLIAMS

Whelan Law Group,
A Professional Corporation
7447 N. First St., Ste. 201
Fresno, CA 93720
559-437-1079
559-437-1720

1

**STIPULATION RE DIMISSAL OF ACTION; ORDER THEREON**

| | |
|---|---|
| Dated: February 19 2013 | BARSAMIAN & MOODY |
| | /S/ |
| | By Patrick S. Moody,<br>Attorneys for Defendant ROBERT HILARIDES,<br>DBA HILARIDES DAIRY, DBA HILARIDES<br>TRANSPORTATION, and DBA SIERRA<br>CATTLE COMPANY |

## ORDER

IT IS HEREBY ORDERED that pursuant to the stipulation of the parties this case is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   February 21, 2013                    _____
                                                                  SENIOR DISTRICT JUDGE

Whelan Law Group,
A Professional Corporation
7447 N. First St., Ste. 201
Fresno, CA 93720
559-437-1079
559-437-1720

2

**STIPULATION RE DIMISSAL OF ACTION; ORDER THEREON**